UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIDEOJET TECHNOLOGIES, INC.,

    Plaintiff,

v.                                                 CASE NO: 8:09-cv-1819-T-26MAP

EAGLE INKS, INC., et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendants' Motion to Strike Expert Report of Steven S. Oscher and to Exclude Testimony of Oscher at Trial based on Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993), and its progeny, (Dkt. 121) is denied without prejudice. It is this Court's policy to have parties address all evidentiary disputes, including whether expert testimony is admissible under the auspices of Daubert, in their trial briefs. The Court will then decide whether to convene an evidentiary hearing before trial with respect to the admissibility of expert testimony or to conduct such a hearing during the course of the trial outside the presence of the jury. See Cook v. Sheriff of Monroe Cty., Fla., 402 F.3d 1092, 1113 (11th Cir. 2005) (recognizing that a Daubert hearing is not required prior to trial, especially when there is only one proffered expert in an uncomplicated case); accord East Coast Brokers and Packers, Inc. v. Seminis Vegetable Seeds, Inc., 2008 WL

5093602 (M.D. Fla. 2008). The parties are directed, therefore to address the issue of the admissibility of Mr. Oscher's expert opinion testimony in their trial briefs.

**DONE AND ORDERED** at Tampa, Florida, on January 26, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record