UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIDEOJET TECHNOLOGIES, INC.,

    Plaintiff,

v.                                            CASE NO: 8:09-cv-1819-T-26MAP

EAGLE INKS, INC., et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Plaintiff's Motion to Compel (Dkt. 148) is denied. The record reflects that this Court fixed the deadline for discovery as March 4, 2011,[1] that the motion was filed more than five months after the deponent refused to answer certain questions at his deposition, that there is a pending motion for summary judgment,[2] that this case is set for a status conference and pretrial conference in August,[3] and that the trial of this case is scheduled for the September 2011 trial month commencing September 6, 2011.[4] Given

---

[1] See order at docket 95 entered August 16, 2010.

[2] See docket 140.

[3] See dockets 135 and 144.

[4] See docket 134.

these circumstances, the motion is untimely and dilatory. See Hinson v. Clinch Cty., 231 F.3d 821, 826 (11th Cir. 2000).

**DONE AND ORDERED** at Tampa, Florida, on July 25, 2011.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record